# Court of Appeals
# of the State of Georgia

ATLANTA,___May 16, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1451. MINOR FAMILY HOTELS, LLC et al. v. SPECIALTY FINANCE
GROUP, LLC.**

     The appeal in the above-referenced matter was docketed on March 15, 2013.
Under Court of Appeals Rules 22 (a) and 23 (a), appellant must file a brief and
enumeration of errors within 20 days after the case is docketed, and the failure to file
within that time, unless extended for good cause shown, may subject the appeal to
dismissal. Appellants' brief and enumeration of errors in this case were due to be filed
no later than April 4, 2013. Appellants have neither filed a brief and enumeration of
errors nor requested an extension of time in which to do so. Accordingly, this appeal
is DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_05/16/2013_____
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____ *, Clerk.*